AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Occidental Fire & Casualty Company of North Carolina, Inc.,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV411-32,

National Interstate Insurance Company, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 3/2/12, granting the Plaintiff's motion for summary judgment; Judgment is hereby entered in favor of Plaintiff.

3/2/12
*Date*

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03